UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BATTERY ON THE GO, INC. d/b/a XSORii,

    Plaintiff,

v.

DGL GROUP, LTD. and EZRA ZAAFARANI,

    Defendants.

_____/

Case No. 15-cv-05010-~~WFK~~-RML

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.
★ OCT 04 2018 ★
BROOKLYN OFFICE

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff/Counter-Defendant, Battery On The Go, Inc. d/b/a XSORii, and Defendants/Counter-Plaintiffs, DGL Group, Ltd., and Ezra Zaafarani, dismiss with prejudice the claims that have been asserted against each other in this action with each party bearing their own attorney's fees and costs and with the Court retaining jurisdiction to enforce the terms of Confidential Settlement Agreement and General Release.

Respectfully submitted,

| ZARCO EINHORN SALKOWSKI & BRITO, P.A.<br>*Counsel for Plaintiff/Counter-Defendant*<br>Miami Tower<br>100 S.E. 2nd Street, 27th Floor<br>Miami, Florida 33131<br>Telephone: (305) 374-5418<br>Facsimile: (305) 374-5428<br><br>By: /s/ Beshoy Rizk<br>**ROBERT ZARCO**<br>Florida Bar No. 502138<br>E-mail: rzarco@zarcolaw.com<br>**ALEJANDRO BRITO**<br>Florida Bar No. 098442<br>E-mail: abrito@zarcolaw.com<br>**BESHOY RIZK**<br>Florida Bar. No. 93808<br>E-mail: brizk@zarcolaw.com | Garson, Segal, Steinmetz, Fladgate LLP<br>*Counsel for Defendants/Counter-Plaintiffs*<br>164 West 25th Street, Suite 11R<br>New York, NY 10001<br>Telephone: (212) 380-3623<br>Facsimile: (347) 537-4540<br><br>By: /s/ Robert Garson<br>Robert Garson<br>New York Bar No.: RG1521<br>E-mail: rg@gs2law.com |

SO ORDERED.

/s/ USMJ ROBERT M. LEVY

USMJ 10/4/18

## CERIFICATE OF SERVICE

I HEREBY CERTIFY that on June 14, 2018, a copy of the foregoing was served electronically via E-mail on: **Robert David Garson, Esq.** (rg@gs2law.com), and **Uri Dallal, Esq.** (uri@dallalfirm.com).

By: /s/ Beshoy Rizk
   **BESHOY RIZK**